82,435-01

Janelle M. Haverkamp
District Judge
(940) 668-5401



FILED IN DISTRICT COURT
COOKE COUNTY, TEXAS
Teresa Ward
Court Reporter
2015 MAY 20 AM 8: 31
DIST CLERK-SUSAN HUGHES

Daniel Balthrop
DEPUTY
Bailiff
(940) 668-5453

Jan Brazelton
Court Coordinator
(940) 668-5401

## 235TH JUDICIAL DISTRICT
### COOKE COUNTY, TEXAS
101 South Dixon
Cooke County Courthouse
Gainesville, Texas 76240

May 19, 2015

Abel Acosta
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, Texas 78711

  Re: Deleon, Felix
     Trial Court Case Number-CR09-101A
     CCA Case Number- WR-82, 435-01

Dear Mr. Acosta:

  I have been unable to complete my findings of fact and conclusions of law in the above referenced case. I am scheduled for surgery this week and will be out of the office for 4 to 6 weeks.

  I respectfully request an extension of time until July 15, 2015 to resolve the fact issues and file my findings of fact and conclusions of law.

         Sincerely,

         Judge Janelle M. Haverkamp
         235th District Judge

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk